THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY CAROL SPENCER, | : |
| Plaintiff, | : |
| v. | : 3:18-CV-2006 |
| | : (JUDGE MARIANI) |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 15th DAY OF JULY, 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 14) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 14) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3).

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge